# EXHIBIT 3



הנהלת בתי המשפט

إدارة المحاكم

## COURTS ADMINISTRATION

Legal Assistance to Foreign Countries      המחלקה לסיוע למדינות זרות

Date: 16 נובמבר 2020      our ref: 35234-10-20

### To the Competent Authority

This is to inform you that your request for the Service of Documents could not be executed due to the following reason:

☐ The documents were unclaimed by the recipient.

☐ The provided address is insufficient. Please send us the correct address.

☐ The provided address is incorrect.

☐ The documents do not meet our translational requirements. Please note that Israel's requirements pursuant to article 5(3) are as follows: "*Service requested under the Convention requires that the documents to be served are written in or translated into either Hebrew, English or Arabic.*" Please translate the documents accordingly and resend the request to our office.

■ **The recipient is unknown at the provided address.**

☐ According to the 1965 Hague Convention procedure, were not sent two copies of the documents.

☐ The recipient has moved to an unknown address.


Maayan Blumenfeld

Legal Assistance to Foreign Countries

*Administration of Courts*
*Legal Assistance to Foreign Countries*
*22 Kanfei Nesharim St., Jerusalem 95464, Israel*
*Tel: 02-6556919, Fax: 02-6556887*

1 מתוך 1

---

רח' כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל': 074-7481836    פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא"ל



הנהלת בתי המשפט

إدارة المحاكم

## COURTS ADMINISTRATION

Legal Assistance to Foreign Countries     המחלקה לסיוע למדינות זרות

Date: 03 נובמבר 2020     our ref: 35215-10-20

### To the Competent Authority

This is to inform you that your request for the Service of Documents could not be executed due to the following reason:

☐ The documents were unclaimed by the recipient.

☐ The provided address is insufficient. Please send us the correct address.

☐ The provided address is incorrect.

☐ The documents do not meet our translational requirements. Please note that Israel's requirements pursuant to article 5(3) are as follows: "*Service requested under the Convention requires that the documents to be served are written in or translated into either Hebrew, English or Arabic.*" Please translate the documents accordingly and resend the request to our office.

■ **The recipient is unknown at the provided address.**

☐ According to the 1965 Hague Convention procedure, were not sent two copies of the documents.

☐ The recipient has moved to an unknown address.

Maayan Blumenfeld

Legal Assistance to Foreign Countries

1 מתוך 1

---

רח' כנפי נשרים 22 ירושלים 9546436

Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel

טל': 074-7481836    פקס: 074-7481887

E-mail: Foreign.Countries@court.gov.il

- עדיפות לדוא"ל

266-00004506

תאריך הנפקה: 19/10/2020
הופק ע"י שירי פרלמוטר

אל: יונתן Jonathan קרטו Cartu ת"ז
רח' אחד העם 78, דירה 19, מיקוד 67132
תל אביב - יפו

שם העובד
מספר איזור
היישוב

אישור מסירה לסריקה

266-00004506-80

אל: ת"ז Cartu קרטו Jonathan יונתן
רח' אחד העם 78, דירה 19  מיקוד 67132 תל אביב - יפו

תיק בימ"ש 35201-10-20

מען להחזרת אישור המסירה:
רח' כנפי נשרים 22, ירושלים

RECEIVED

☐ פקיד מסירה   ☐ עובד דואר ישראל

ביקור 1: בתאריך _____ בשעה _____ שם _____ ☐ לא נמצא בבית
ביקור 2: בתאריך _____ בשעה _____ שם _____ ☐ לא נמצא בבית
ביקור 3: בתאריך _____ בשעה _____ שם _____ ☐ לא נמצא בבית

דבר הדואר נמסר באופן הבא: ☐ 1. לידי הנמען הרשום ☐ 2. בהעדר הנמען נמסר למי שגר עימו בבית ונראה כי מלאו לו 18 שנה

דבר הדואר לא נמסר:
☐ 6. סרב לקבל - הודבק
☒ 5. עזב   ☐ 9. לאחר ביקור שלישי - הודבק   ☐ 4. מען בלתי מספיק   ☐ 8. לא ידוע במען
☐ 7. לא ⸱ ביקור שלישי - הונח בתיבת הדואר

דבר הדואר: 2660000450680 לא נמסר
5. עזב
בתאריך: 27/10/2020
ביקור 1 בתאריך: 27/10/2020  11:50
שם דוור: שטרן יעקב
עובד הדואר: יעקב שטרן

שם המקבל _____ חתימתו _____ שם פקיד המסירה / עובד דואר ישראל _____ חתימתו _____ תאריך 27.10.20



הנהלת בתי המשפט
إدارة المحاكم
COURTS ADMINISTRATION

Legal Assistance to Foreign Countries          המחלקה לסיוע למדינות זרות

Date: 03 נובמבר 2020                            our ref: 35201-10-20

## To the Competent Authority

This is to inform you that your request for the Service of Documents could not be executed due to the following reason:

☐ The documents were unclaimed by the recipient.

☐ The provided address is insufficient. Please send us the correct address.

☐ The provided address is incorrect.

☐ The documents do not meet our translational requirements. Please note that Israel's requirements pursuant to article 5(3) are as follows: "*Service requested under the Convention requires that the documents to be served are written in or translated into either Hebrew, English or Arabic.*" Please translate the documents accordingly and resend the request to our office.

☐ The recipient is unknown at the provided address.

☐ According to the 1965 Hague Convention procedure, were not sent two copies of the documents.

■ **The recipient has moved to an unknown address.**

Maayan Blumenfeld

Legal Assistance to Foreign Countries

1 מתוך 1

Administration of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim St., Jerusalem 95464, Israel
Tel: 02-6556919, Fax: 02-6955464736

רח' כנפי נשרים 22 ירושלים
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל': 074-7481836   פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא"ל

| | |
|---|---|
| 266-00004514-80 | אל: ליאב Leeav פרץ Peretz ח"ז |
| 19/10/2020 תאריך הנפקה: | רח' אחד העם 16  מיקוד 52215 |
| הופק ע"י שירי פרלמוטר | רמת גן |

| מען להחזרת אישור המסירה: | מדינת ישראל - אישור מסירה לסריקה | אל: ח"ז Peretz פרץ Leeav ליאב |
|---|---|---|
| רח' כנפי נשרים 22, ירושלים | תיק בימ"ש 20-10-35215  266-00004514-80 | רח' אחד העם 16  מיקוד 52215 רמת גן |

☐ פקיד מסירה    ☐ עובד דואר ישראל

ביקור 1: בתאריך _____ בשעה _____ שם _____ ☐ לא נמצא

ביקור 2: בתאריך _____ בשעה _____ שם _____ ☐ נמצא / לא נמצא

ביקור 3: בתאריך _____ בשעה _____ שם _____ ☐ לא נמצא

דבר הדואר נמסר באופן הבא: ☐ 1. לידי הנמען הרשום  ☐ 2. בהעדר הנמען נמסר למי שגר עימו בבית ונראה כי מלאו לו 8

☐ 6. סרב לקבל - הודבק

דבר הדואר לא נמסר: ☐ 5. עזב  ☐ 9. לאחר ביקור שלישי - הודבק  ☐ 4. מען בלתי מספיק  ☐ 8. לא אותר

☐ 11. לאחר ביקור שלישי - הונח בתיבת הדואר

שם המקבל _____ חתימתו _____ שם פקיד המסירה / עובד דואר ישראל _____ חתימתו _____ תאריך _____

דבר דואר 2660000451480
28/10/2020
10:33
עובד דואר: לירו שמעוני



הנהלת בתי המשפט
إدارة المحاكم
COURTS ADMINISTRATION

Legal Assistance to Foreign Countries                                המחלקה לסיוע למדינות זרות

2020 November 12

**To the Competent Authority:**

Commodity Futures Trading Commission
Benjamin E. Sedrish
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
USA

This is to inform you that your request for the Service of Documents could not be executed due to the following reason:
   ■ **The recipient is unknown at the provided address.**

Once you have corrected any mistake that may have occurred, please resend us your request. We advise you to contact our Department at Foreign.Countries@court.gov.il and confirm that the documents have been received in our office.

Legal Assistance to Foreign Countries
Jerusalem, Israel

Administration of Courts
**Legal Assistance to Foreign Countries**
22 Kanfei Nesharim St., Jerusalem 95464, Israel
Tel: 02-6556919, Fax: 02-6556887

1 מתוך 1

רח׳ כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל׳: 074-7481836    פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא״ל

# The Registry of the Supreme Court

Government of the Virgin Islands
Third Floor, Sakal Place, Road Town
Box 418, Road Town, Tortola
British Virgin Islands, VG 1110



Email: supremecourt@gov.vg / commercialdivisionvi@gov.vg
Tel: (284) 468-5001 / (284) 468-3701 (ext.) 5001, 5153

4 November 2020

Benjamin E. Sedrish
Commodity Futures Trading Commission
525 W. Monroe St., Ste. 1100
Chicago IL 60661 USA

Dear Sir/Madam:

**Ref. No.: Vol. 133/6665 – Service of Foreign Process on All Out Marketing Limited.**

I refer to the above matter in which service of documents was requested.

Please be advised that the documents were not served and a certificate of *Inability to Serve* is attached.

Yours sincerely,

...................................
Registrar, Supreme Court

Att.



*"to deal with cases justly"*
EASTERN CARIBBEAN SUPREME COURT

VOL 133/ 6665

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Commodity Futures Trading Commission<br>Benjamin E. Sedrish<br>525 W. Monroe St., Ste. 1100<br>Chicago, IL 60661 USA<br>bsedrish@cftc.gov ; (312) 596-0567 | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Registrar of the Supreme Court<br>Supreme Court Registry<br>No. 84 Main Street<br>P.O. Box 418<br>Road Town, Tortola,<br>British Virgin Islands VG1110<br>Tel: (284) 468-5001 |
|---|---|

RECEIVED Registrar's Office NOV 03 2020 Virgin Islands

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
All Out Marketing Limited
Omar Hodge Building, Chera Chambers
Road Town, Tortola
British Virgin Islands VG1110

☒ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre a))*

☐ b) **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)***:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :
_____

☐ c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***
le cas échéant, par remise simple (article 5, alinéa 2)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief
- Summons in a Civil Action
- Civil Cover Sheet

* if appropriate / s'il y a lieu

| Done at / Fait à Chicago, Illinois, USA,<br>The / le September 15, 2020 | Signature and/or stamp<br>Signature et / ou cachet<br>*[signature]* |
|---|---|

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number): à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ | a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) **in accordance with the following particular method*:** selon la forme particulière suivante* : |
| ☐ | c) **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☒ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

An attempt was made to serve the document on 4 November 2020. The company was not served because the company All Out Marketing Limited is dissolved.

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| **Documents returned:** Pièces renvoyées : | 1. Certificate Vol.133-6665  2. Documents to be served. |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| **Done at** / Fait à  Registrar's Office, Road Town, Tortola, BVI,  **The** / le  4 November, 2020 | **Signature and/or stamp** Signature et / ou cachet  [REGISTRAR'S OFFICE VIRGIN ISLANDS seal] |
|---|---|