UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, ALL OUT MARKETING LIMITED, BAREIT MEDIA LLC d/b/a SIGNALPUSH, BLUE MOON INVESTMENTS LTD., and ORLANDO UNION INC.,<br><br>Defendants. | Case No.: 1:20-cv-908-RP<br><br>**[PROPOSED] ORDER** |

Plaintiff Commodity Futures Trading Commission's Motion for an Order Directing Service Upon Foreign Defendants by Alternative Means and Extending the Time to Serve the Aforementioned Defendants is GRANTED.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall serve copies of the Summons and Complaint upon each Foreign Defendant by: (1) sending the Summons and Complaint via ordinary mail, no signature required, to each Defendant's last known address; (2) sending the Summons and Complaint by email to accounts used by the individual defendants; and (3) publishing a notice in the Times of Israel and Toronto Star;

2. Plaintiff's time to serve the aforementioned defendants in these manners is extended by an additional 60 days from the date of this Order; and

3. The parties' time to file a joint scheduling order is extended until October 14, 2021.

IT IS SO ORDERED.

SIGNED this _____ day of July, 2021.

                                                                   _____
Honorable Robert Pitman, U.S.D.J.