# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID CARTU, et al., <br><br> Defendants. | § § § § § § § § § § § <br><br> Civil Action No.: 1:20-cv-908-RP |

## NOTICE OF APPEARANCE OF COUNSEL

The following counsel of the law firm of Kendall Law Group, PLLC hereby enters his appearance as local counsel for Defendant Jonathan Cartu:

Joe Kendall
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
jkendall@kendalllawgroup.com
214/744-3000 – Telephone
214/744/3015 – Facsimile

Dated:  September 8, 2021    Respectfully submitted,

/s/ Joe Kendall
JOE KENDALL
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas  75219
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

*Local Counsel for Defendant Jonathan Cartu*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record on September 8, 2021 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL