**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

COMMODITY FUTURES TRADING
COMMISSION,

         Plaintiff,

v.

DAVID CARTU, et al.

         Defendants.

Case No.:  1:20-CV-908-RP

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is issued by the Court:

1.     Defendants David Cartu, Jonathan Cartu, and Joshua Cartu ("Defendants") shall file their responses to the Commodity Futures Trading Commission's complaint on or before January 7, 2022.

2.     The Commodity Futures Trading Commission shall file its response on or before February 4, 2022, if necessary.

3.     Defendants shall file their replies on or before February 18, 2022, if necessary.

SIGNED on October ___, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE