UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID CARTU et al., <br><br> *Defendants*. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:20-cv-908-RP |

# CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the Defendants LEEAV PERETZ, NATI PERETZ, BLUE MOON INVESTMENTS LTD., AND ORLANDO UNION INC., and it further appearing from the Plaintiff's motion that said Defendants have failed to plead or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this the 2nd day of November 2021, DEFAULT is hereby entered against LEEAV PERETZ, NATI PERETZ, BLUE MOON INVESTMENTS LTD., AND ORLANDO UNION INC.

JEANNETTE J. CLACK, CLERK
U.S. DISTRICT COURT

By: _____
Deputy Clerk