# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission | § § § | |
| | § | NO: AU:20-CV-00908-RP |
| vs. | § § § § | |
| David Cartu, Jonathan Cartu, Joshua Cartu, Ryan Masten, Leeav Peretz, Nati Peretz, All Out Marketing Limited, BareIt Media LLC, Blue Moon Investments Ltd., Orlando Union Inc. | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **May 30, 2022**.

2. Each party shall complete and file the "Notice Concerning Reference to United States Magistrate Judge" on or before **February 28, 2022**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **April 1, 2022**.

4. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **June 2, 2022**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **July 5, 2022**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B)

for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **eleven (11)** days from the receipt of the written report of the expert's proposed testimony, or within **eleven (11)** days from the completion of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 10, 2022**.

7. All dispositive motions shall be filed on or before **November 28, 2022** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days of the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days of the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

8. This case will be set for final pretrial conference, in chambers, at a later date and **Jury trial** commencing at 9:00am on **September 18, 2023**. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the

parties do not make timely submissions under this Order.

SIGNED this 4th day of January, 2022.

                                                                _____
                                                                ROBERT PITMAN
                                                                UNITED STATES DISTRICT JUDGE