IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, ALL OUT MARKETING LIMITED, BAREIT MEDIA LLC D/B/A SIGNALPUSH, BLUE MOON INVESTMENTS LTD., AND ORLANDO UNION INC.,<br><br>    Defendants. | 1:20-CV-908-RP |

**JOINT MOTION TO EXCEED PAGE LIMITS AND
EXTEND PLAINTIFF'S TIME TO RESPOND TO MOTIONS TO DISMISS**

Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "CFTC") and Defendants David Cartu, Jonathan Cartu, and Joshua Cartu (collectively, "Moving Defendants") file this Joint Motion to Exceed Page Limits and Extend Plaintiff's Time to Respond to Motions to Dismiss.[1]

On February 7, 2022, Moving Defendants intend to file Motions to Dismiss Plaintiff's Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief (the "Complaint"). Pursuant to Local Rule CV-7(d)(3), the page limit for a dispositive motion, such as a motion to dismiss, is 20 pages (though it is unclear whether that limitation applies when

---

[1] Defendants Ryan Masten and BareIt Media LLC d/b/a SignalPush, through their counsel, have consented to this motion. The remaining defendants have not responded to the Complaint and no counsel have appeared on their behalf.

moving to dismiss on multiple bases). While the Moving Defendants are endeavoring to consolidate and join in portions of each other's motions, they nevertheless need additional pages to adequately address all of the legal and factual issues as to themselves individually. Therefore, the Moving Defendants each request that they be granted leave to file their respective Motions to Dismiss, not to exceed 40 pages in length. The CFTC consents to this request.

In so consenting, the CFTC similarly requests leave to file additional pages when responding to Defendants' Motions to Dismiss. Pursuant to Local Rule CV-7(e)(3), the page limit for responses to dispositive motions is 20 pages. Plaintiff therefore requests that it be granted leave to file its response not to exceed 40 pages in length. Plaintiff further requests that the deadline to file its response, originally due on or before March 7, 2022, be extended by two weeks to on or before March 21, 2022. The Moving Defendants consent to these requests.

The Moving Defendants continue to reserve all rights, including but not limited to regarding jurisdiction, venue, and the power of the Court over them and the propriety of this jurisdiction.

[THIS SPACE INTENTIONALLY LEFT BLANK]

A proposed Agreed Order accompanies this Motion.

| | |
|---|---|
| Dated:  January 31, 2022 | Respectfully Submitted, |

/s Benjamin E. Sedrish
Benjamin E. Sedrish
Elizabeth N. Pendleton
Elizabeth M. Streit
**Commodity Futures Trading Commission**
bsedrish@cftc.gov
ependleton@cftc.gov
estreit@cftc.gov

*Attorneys for Plaintiff CFTC*

/s Peter A. Stokes
Peter A. Stokes
Kevin J. Harnisch (*Pro Hac Vice*)
Katey L. Fardelmann (*Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW
Washington, DC 20001
Tel. 202-662-4520
*kevin.harnisch@nortonrosefulbright.com*
*peter.stokes@nortonrosefulbright.com*

*Attorneys for Defendant David Cartu*

/s Joe Kendall
Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd. Suite 1450
Dallas, TX 75219
Tel. 214-744-3000
Fac. 214-744-3015
*jkendall@kendalllawgroup.com*

/s David B. Harrison
David B. Harrison (*Pro Hac Vice*)
Eric H. Jaso (*Pro Hac Vice*)
**SPIRO HARRISON**
830 Morris Turnpike 2nd Fl.
Short Hills, NJ 07078
Tel. 973-232-4109
Fac. 973-232-0887
*dharrison@spiroharrison.com*
*ejaso@spiroharrison.com*

*Attorneys for Defendant Jonathan Cartu*

/s Gregg N. Sofer
Gregg N. Sofer
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, TX 78701
Tel. 512-472-5456
Fac. 512-479-1101
*gregg.sofer@huschblackwell.com*

/s Glenn C. Colton
Glenn Colton (*Pro Hac Vice*)
Michelle J. Shapiro (*Pro Hac Vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Tel. 212-484-3972
Fac. 212-484-3990
*glenn.colton@arentfox.com*
*michelle.shapiro@arentfox.com*

*Attorneys for Defendant Joshua Cartu*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                           /s Glenn Colton
                                            Glenn Colton