UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,                   Case No. 1:20-CV-908-RP

      v.

DAVID CARTU, JONATHAN CARTU,
JOSHUA CARTU, RYAN MASTEN,
LEEAV PERETZ, NATI PERETZ, ALL
OUT MARKETING LIMITED, BAREIT
MEDIA LLC D/B/A SIGNALPUSH, BLUE
MOON INVESTMENTS LTD., AND
ORLANDO UNION INC.,

      Defendants.

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff Commodity Futures Trading Commission, through undersigned counsel:

    _____ consents to having a United States Magistrate Judge preside over the trial in this case.

    \_\_X\_\_ declines to consent to trial before a United States Magistrate Judge.

1

Dated:  February 16, 2021

                        Respectfully submitted,

                        */s Benjamin E. Sedrish*

Benjamin E. Sedrish
Elizabeth N. Pendleton
Elizabeth M. Streit

Attorneys for Plaintiff
Commodity Futures Trading Commission
525 W. Monroe St, Ste. 1100
Chicago, IL 60661
Tel. (312) 596-0700
Fac. (312) 596-0714
*bsedrish@cftc.gov*
*ependleton@cftc.gov*
*estreit@cftc.gov*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                                                     */s Benjamin E. Sedrish*