IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID CARTU, *et al.*,<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 1:20-CV-00908<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Defendant David Cartu, through undersigned counsel:

_____     consents to having a United States Magistrate Judge preside over the trial in this case.

\_\_\_X\_\_\_     declines to consent to trial before a United States Magistrate Judge.

1

Dated: February 23, 2022

                        Respectfully Submitted,

                        */s/ Peter A. Stokes*

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Kevin Harnisch (*Admitted Pro Hac Vice*)
kevin.harnisch@nortonrosefulbright.com
799 9th Street NW
Washington, DC 20001-4501
Telephone: (202) 662-4520
Facsimile: (202) 662-4643

Katey L. Fardelmann (*Admitted Pro Hac Vice*)
katey.fardelmann@nortonrosefulbright.com
1301 Avenue of the Americas
New York, New York
Telephone: (212) 318-3226
Facsimile: (212) 318-3400

*Attorneys for Defendant David Cartu*

2