# SPIRO | HARRISON

Eric H. Jaso
Direct Dial: (973) 310-4026
ejaso@spiroharrison.com

April 4, 2022

**FILED VIA ECF**
Honorable Robert Pitman
United States District Judge
Western District of Texas
501 West 5th Street, Suit 5300
Austin, TX 78701

Re: *Commodity Futures Trading Comm'n v. Cartu et al.*, No. 20-cv-908-RP

Dear Judge Pitman:

I write on behalf of Defendants Jonathan, David and Josh Cartu in connection with their pending motions to dismiss (Docs. 58, 59, & 60). The parties had previously agreed that Defendants would file any replies on or before April 7, 2022. Letter, Glenn Colson to Judge Pitman, Feb. 8, 2022 (Doc. 61). Defendants have proposed to extend the date for filing their reply briefs 30 days, until May 9.[1] I have consulted with counsel to the CFTC, and Plaintiff has no objection to this adjournment.

During the January 4, 2022 pretrial conference, Your Honor noted that these types of deadlines need not be approved or order by the Court and could be modified by agreement of the parties. Nevertheless, the parties wish to keep the Court apprised of when such filings are to be expected. Plaintiffs expressly reserve all rights, including regarding jurisdiction, venue, and the power of the Court over Defendants and the propriety of this jurisdiction.

Respectfully submitted,

Eric H. Jaso

cc:   All counsel of record (by ECF)

---

[1] Thirty days from April 7 is Saturday, May 7. The next Court business day is Monday, May 9.