IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>     Plaintiff,<br><br>v.<br><br>**DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, ALL OUT MARKETING LIMITED, BAREIT MEDIA LLC D/B/A SIGNALPUSH, AND ORLANDO UNION, INC.,**<br><br>     Defendants. | Case No: 1:20-CV-908-RP |

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

The new address is as follows:

| | |
|---|---|
| **Organization:** | Commodity Futures Trading Commission |
| **Street:** | 77 W Jackson Blvd., Suite 800 |
| **City/State/ZIP:** | Chicago, IL  60604 |
| **Telephone:** | (312) 596-0700 |
| **Fax:** | (312) 596-0714 |

Dated:  April 22, 2022				Respectfully submitted,


						/s Benjamin E. Sedrish_____

						Benjamin E. Sedrish
						Elizabeth N. Pendleton
						Elizabeth M. Streit

						Attorneys for Plaintiff
						Commodity Futures Trading Commission
						77 W Jackson Blvd., Suite 800
						Chicago, IL 60661
						Tel. (312) 596-0700
						Fac. (312) 596-0714
						*bsedrish@cftc.gov*
						*ependleton@cftc.gov*
						*estreit@cftc.gov*

2

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 22, 2022, a copy of the foregoing motion was served on all counsel of record via the Court's CM/ECF electronic filing system.

<i>/s Benjamin E. Sedrish</i>_____