# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

COMMODITY FUTURES TRADING
COMMISSION,

       Plaintiff,                     Case No. 1:20-cv-908-RP

       v.

DAVID CARTU, JONATHAN CARTU,
JOSHUA CARTU, RYAN MASTEN,
LEEAV PERETZ, NATI PERETZ, ALL
OUT MARKETING LIMITED, BAREIT
MEDIA LLC D/B/A SIGNALPUSH, BLUE
MOON INVESTMENTS LTD., AND
ORLANDO UNION INC.,

       Defendants.

## ORDER

The Scheduling Order (ECF No. 55) is amended as follows:

1.    The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before July 1, 2022.

2.    A report on alternative dispute resolution in compliance with Local Rule CV888 shall be filed on or before July 29, 2022

3.    All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before July 15, 2022.  Parties resisting claims for relief shall also file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before August 5, 2022.  All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of

Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

SIGNED on   May 9  , 2022.

                                          ROBERT PITMAN
                                          UNITED STATES DISTRICT JUDGE