

**BOCCADUTRI**
LAW FIRM

FILED
MAY 31 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

Date: 23/05/2022

Commodity Futures Trading Commission
525 W. Monroe St
Chicago, IL 60661
USA
By email:
ependleton@cftc.gov
bsedrish@cftc.gov
estreit@cftc.gov

RECEIVED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

CC:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Case No: 1:20-cv-908

Dear Sir/Madam,

We are contacting you on behalf of the below indicated clients:
Mrs. Lisa Spencer who invested with Rumelia Capital
Mr. Nathaniel Stephens who invested with Bloombex Options
Mr. Liyaakat Haswary who invested with Edgedale Fianance
Mr. Junior Tana who invested with Edgedale Fianance
Mr. Gorazd Šuštarič who invested with Edgedale Fianance
Mr. Mo Wah Chiu who invested with Porter Finance

Please find attached the relevant powers of attorney documents for the forementioned clients.

---

Via Nunzio Morello, 40 | 90144 Palermo          Tel: +39 0917482124          Email: calogero@boccadutri.com
P.Iva: 06239130823                              Fax: +39 0917482085          www.boccadutri.com

As our clients have not yet received a refund for the money they have deposited, neither from Greymountain Management Limited, Dublin nor the above-mentioned companies, and considering that there is a case pending against David Cartu and Greymountain Management Limited, could you please inform us if our Clients may have the status of victims in proceeding No: 1:20-cv-908, and claim the reimbursement of the money deposited into Greymountain Management Limited bank accounts. If this is possible, what is the deadline for making a claim and how can such claim be submitted?

Yours faithfully,

Avv. Calogero Boccadutri

Exhibit 1: power of attorney - Mrs. Spencer
Exhibit 2: power of attorney – Mr. Haswary
Exhibit 3: power of attorney – Mr. Tana
Exhibit 4: power of attorney – Mr. Stephens
Exhibit 5: power of attorney – Mr. Šuštarič
Exhibit 6: power of attorney – Mr. Chiu

Exhibit 7: Edgedale Finance terms and conditions (White label solutions Greymountain)



## Power of Attorney

This **POWER OF ATTORNEY** made this __27__ day of __October__ 2016 is given by Mr. Junior Tana born on __6/2/83__, in __Christchurch__, currently residing at __59 Appenzell Drive Whakatane__, passport number (or ID number) __LL511617__

I REVOKE any previous power of attorney granted by me.

I hereby **APPOINT** Mr. Calogero Boccadutri to act as my Attorney, to represent and defend me in any and all preaction procedure and correspondence with the assistance of foreign lawyers if required, in relation to a civil collective preaction against **Edgedale Finance.**

I GIVE express consent for my Attorney to use my personal data for the purposes described by law.

MY ATTORNEY is authorised to undertake mediation, conciliation and arbitration.

With power and authority to appoint other attorneys with the same or limited powers.

I do hereby give and grant unto the said attorney full power and authority to settle the dispute, to order and to receive payments, to sign receipts.

Hereby ratifying all that the said attorneys shall lawfully do or cause to be done under the authority of this power of attorney

_[signature]_                         27/10/16

Signature                              Date

JT

Via Vincenzo Monti, 8 I 20123 Milan
P.Iva: 06239130823

Tel: +39 0294751635
Fax: 0917482085

Email: calogero@boccadutri.com
www.boccadutri.com

BARCELONA • BUCHAREST • KRAKOW • LONDON • MILAN • NEW YORK • PALERMO • ROME • ROSARIO



**BOCCADUTRI**
INTERNATIONAL LAW FIRM

## Power of Attorney

This **POWER OF ATTORNEY** made this __25__ day of __07__ 2016 is given by __Gorazd Šuštarič__ [INSERT YOUR FULL NAME] born on __26 06 1973__, in __Novo Mesto__, currently residing at __Slovenia__, passport number (or ID number) __P80040777__

I hereby **APPOINT** Mr. Calogero Boccadutri to act as my Attorney, to represent and defend me in any and all preaction procedure and correspondence with the assistance of foreign lawyers if required, in relation to a civil collective action against **Edgedale Finance.**

I GIVE express consent for my Attorney to use my personal data for the purposes described by law.

MY ATTORNEY is authorised to undertake mediation, conciliation and arbitration.

I GRANT my Attorney the power to receive money on my behalf in his client account, deduct fees with regard to his professional services provided, make payments and issue receipts.



## Power of Attorney

This **POWER OF ATTORNEY** made this 20th day of December 2016 is given by Mr. Nathaniel Stephens born on December 7, in 1976, currently residing at 132 Highland Rd. Mocksville NC 27028, passport number (or ID number) 515923569

I REVOKE any previous power of attorney granted by me

I hereby **APPOINT** Mr. Calogero Boccadutri to act as my Attorney, to represent and defend me in any and all preaction procedure and correspondence with the assistance of foreign lawyers if required, in relation to a civil collective action against **Bloombex Ltd**.

I GIVE express consent for my Attorney to use my personal data for the purposes described by law.

MY ATTORNEY is authorised to undertake mediation, conciliation and arbitration.

_Nathaniel Stephens_                        12/20/16

Signature                                    Date


**BOCCADUTRI**

## Power of Attorney

This **POWER OF ATTORNEY** made this __30th__ day of __January__ 2017 is given by Mr. Liyaakat Haswary born on __12-01-1971__, in __South Africa__, currently residing at __6 Buckingham Road, Plumstead, Cpt__, passport number (or ID number) __7101125215086__.

I REVOKE any previous power of attorney granted by me.

I hereby **APPOINT** Mr. Calogero Boccadutri to act as my Attorney, to represent and defend me in any and all preaction procedure and correspondence with the assistance of foreign lawyers if required, in relation to a civil collective preaction against **Edgedale Finance**.

I GIVE express consent for my Attorney to use my personal data for the purposes described by law.

MY ATTORNEY is authorised to undertake mediation, conciliation and arbitration.

With power and authority to appoint other attorneys with the same or limited powers.

I do hereby give and grant unto the said attorney full power and authority to settle the dispute, to order and to receive payments, to sign receipts.

Hereby ratifying all that the said attorneys shall lawfully do or cause to be done under the authority of this power of attorney

_Haswary_                                __30 / 01 / 2017__

Signature                                         Date

Via Vincenzo Monti, 8 | 20123 Milan          Tel: +39 0294751635          Email: calogero@boccadutri.com
P.Iva: 06239130829                              Fax: 0917482085             www.boccadutri.com

## .ıl ForexLawyer

### Power of Attorney

This **POWER OF ATTORNEY** made this _28_ day of _DECEMBER_ 2015 is given by _MO WAH CHIU_ [INSERT YOUR FULL NAME] born on _9/5/1963_, in _HONG KONG_, currently residing at _8636 25@ AVE BROOKLYN NY 11214_ passport number (or ID number) _500795832_

I hereby **APPOINT** Mr. Calogero Boccadutri to act as my Attorney, to represent and defend me in any and all preaction procedure and correspondence with the assistance of foreign lawyers if required, in relation to a civil collective action against **Porter Finance**.

I GIVE express consent for my Attorney to use my personal data for the purposes described by law.

MY ATTORNEY are authorised to undertake mediation, conciliation and arbitration.

I GRANT my Attorney the power to receive money on my behalf in his client account, deduct fees with regard to his professional services provided, make payments and issue receipts.

_____           _12/28/2015_____
       Signature                              Date

Via Vincenzo Monti n. 8 – 20123 Milano   Tel: +39 0294751635 | Fax:+39 02 94752072
Partita IVA: 06239130823                  E-mail: c.boccadutri@forex-lawyer.com



**BOCCADUTRI**

### Power of Attorney

This **POWER OF ATTORNEY** made this ___24ª___ day of ___May___ 2017 is given by Mr. **Lisa Spencer** born on ___2/3/1964___, in ___Oakland, CA___, currently residing at ___2359 Kelly St., Hayward, CA___, passport number (or ID number) ___551459431___

I REVOKE any previous power of attorney granted by me.

I hereby **APPOINT** Mr. Calogero Boccadutri to act as my Attorney, to represent and defend me in any and all preaction procedure and correspondence with the assistance of foreign lawyers if required, in relation to a civil collective preaction against **Rumelia Capital**.

I GIVE express consent for my Attorney to use my personal data for the purposes described by law.

MY ATTORNEY is authorised to undertake mediation, conciliation and arbitration with power and authority to appoint other attorneys with the same or limited powers.

I do hereby give and grant unto the said attorney full power and authority to settle the dispute, to order and to receive payments, to sign receipts.

Hereby ratifying all that the said attorneys shall lawfully do or cause to be done under the authority of this power of attorney.

_Lisa Spencer_        5/24/17
Signature             Date

Via Nunzio Morello, 40 | 90144 Palermo
P.Iva: 06239130823
Tel: 0917482124
Fax: 0917482085
Email: calogero@boccadutri.com
www.boccadutri.com

4

Email     Password     Login

**Edgedale Finance**

Education

Resources

Legal

Disclaimer

Expiry Rate Rules

▶ Terms & Conditions

Bonus Terms

Privacy Policy

Contact Us

# Terms and Conditions

**1. Introduction:**

1.1 The terms and conditions (also referred to as "this agreement," "the agreement," and "terms") is between Edgedale Finance (also referred to as "the site," "our site," "us," "we," and "our") and the client (also referred to as "you" or "your").

1.2 You are solely responsible for the terms of this agreement and your decisions regarding the use of our site.

1.3 You must read the terms of this agreement in full, agree to the terms and conditions without limitation, and comply with all of the conditions prescribed in this agreement before using our site.

1.4 This agreement must be signed in writing.

1.5 This agreement pertains to new and existing accounts.

1.6 The terms of this agreement applies to our site, our trading platform, electronic content, and software on our site, including links to other financial information such as exchange rates and/or financial news.

1.7 The terms of this agreement applies to new and existing conditions.

1.8 Edgedale Finance reserves the right to augment or change the terms and conditions at any time, which will become immediately effective upon the posting of new terms and conditions.

1.9 It is your responsibility to stay informed with the terms and conditions of this agreement, which are continuously updated and maintained on our site.

1.10 If you disagree with the terms and conditions at any time, please contact your account manager, senior analyst, and/or service department in writing in order to close your account and discontinue your relationship with Edgedale Finance.

**2. Commencement and Termination**

2.1 This agreement is effective immediately when you accept the terms and conditions of this agreement on our website (www.edgedalefinance.com) by clicking on the box beside the phrase "accept the terms and conditions".

2.2 By signing this agreement, you acknowledge that you were not coerced into signing these terms and you enter the contract at your own volition.

2.3 You have a right to terminate this agreement at any time; henceforth you will not have the right or permission to access our site or the permission to use our services.

2.4 If you wish to terminate this contract, please submit your wish to terminate your services with Edgedale Finance in writing to your account manager or Sr. analyst.

2.5 Please note that we, at Edgedale Finance, equally have the right to terminate your services and the terms of this agreement at anytime without advanced warning.

**3. Know Your Client Policy (KYC)**

3.1 Know Your Client Policy (KYC) is a global endeavor in financial institutions in order to ensure integrity and crime prevention such as fraud, theft, money laundering, terrorism, and/or site alteration.

3.2 For the above reasons, we, at Edgedale Finance, must be able to verify your identity within 7 business days in order for you to maintain an active account. Your account will be placed on hold if you are not verified within 7 business days from your initial deposit.

3.3 If our risk and fraud department discovers that your information is incorrect, expired, or fraudulent; your account will be placed on hold or terminated.

**4. Eligibility**

4.1 Our site and the use of our trading platform is only reserved for individuals or businesses who meet the terms of this contract, which are outlined below.

4.2 Minors (people under the age 18) are not permitted to use our service. In order to remove any doubt pertaining to the age of legal adult status, minor status automatically refers to anyone under the age of 18.

4.3 Our site and services are only available to users who are legally permitted to trade online in their country, state, or jurisdiction. It is up to you to be familiar with the laws within your region.

4.4 If you discover that you are ineligible to trade through our site and use our services, you are required to discontinue the use of our site immediately—even if you have been using our site previously.

4.5 Our services are available only to people with sufficient financial knowledge as well as the capacity to manage funds and/or make decisions responsibly regarding finances.

4.6 Our site is not appropriate for investing retirement funds and/or savings accounts.

4.7 We, at Edgedale Finance, disclaim any responsibility and/or liability related to your ineligibility in your jurisdiction.

4.8 Our site reserves the right to terminate accounts or refuse services to anyone at our sole discretion. Reasons of refusal of service or terminations of accounts may include but are not limited to a) discovering that the use of our site is illegal in your country, region, or jurisdiction; b) Edgedale Finance experiences pecuniary disadvantages or other issues related to your use of our platform; c) or if we find that you are in breach of this contract.

4.9 Joint accounts are prohibited on our site in order to avoid all confusion, even in the case of marriage and domestic partnership. Each family member must create his or her own account, regardless of whether or not you share financial bank accounts.

## 5. Risk Disclosure Statement

5.1 Trading binary options can be a lucrative investment; but there is risk involved due to the volatility of the financial market. For this reason, our site and services are intended for people who are knowledgeable about binary options, understand the associated risks involved, and who have experience with taking risks in the financial market.

5.2 By signing this agreement, you understand that the financial market is highly speculative and may involve risk, including losing your initial investment.

5.3 By signing this document, you agree to use our site at your own risk, which may include but is not limited to a) loss of funds, b) legal ramifications in your jurisdiction, c) and/or personal life circumstances related to the use of our site.

5.4 By signing the Edgedale Finance Terms and Conditions document, you assert that you understand that our site and our services are intended for people who meet the following conditions a) people who are financially capable of making a deposit, b) are able to withstand financial risks and income loss, c) and for people who can still maintain their current lifestyle by losing funds.

5.5 We, at Edgedale Finance, encourage you to consult with a financial advisor if you have any doubt as to whether or not you can withstand financial risks associated with the use of our site.

5.6 Trading binary options has the potential to trigger habit forming patterns and addictions. We, at Edgedale Finance, are not responsible for gaming, gambling, or trading addictions. If you need assistance with this issue, we encourage you to visit http://www.gamblersanonymous.org/ for more information.

## 6. Limited Liability

6.1 You are solely liable and responsible for any transactions or interactions that you have pertaining to our site.

6.2 We, at Edgedale Finance, are not liable or responsible for losses, damages, auditing, and/or any other inconveniences that may be associated with using our site, including investment decisions based on the information on the site, whether correct or outdated.

6.3 We, at Edgedale Finance, are not responsible or liable for events of force majeure and reasons beyond our control, which include acts of nature; political, governmental, or social uprising that interrupts the use of our site; terrorism, industrial action, and/or sudden regulations that may interfere with the use of this site; and/or any other unforeseen circumstance.

6.4 Edgedale Finance constantly works to maintain our site with the utmost quality assurance; however we disclaim responsibility for all technical issues on our site. This includes, but is not limited to system errors, malfunctions, delays, deletion, interruption, omission, defects, line failure (e.g. telephone line, computer online systems, etc.), transmission problems, or other system operation issues that may arise. We also decline responsibility and liability for technical failure due to high volumes of internet traffic and other internet-based related issues.

6.5 Without derogating from the above disclaimer, we are not liable for theft, destruction, tampering, hacking, and/or unauthorized access or modification of our site or services, your account, and/or services.

6.6 We are not subject to liability as a result of publisher failure, intermediate agent and principal actions, dealers, clearing houses, subcontractors, and/or any other interruption involving a third party.

6.7 We disclaim any responsibility for any content that users post on our site, our social media channels, or any affiliate site associated with Edgedale Finance. Likewise, we deny any responsibility for the conduct of users or affiliates connected with Edgedale Finance, whether online or offline, to the extent that is permitted and law.

6.8 Our limited liability pertains to all information and its usefulness on this site.

6.9 Our site executes services only. Edgedale Finance does not offer specific advice on particular transactions, therefore you are solely responsible for consequences related to your transactions, including loss of funds and taxes as a result of the execution of our services.

6.10 Edgedale Finance directors, managers, officers, employees, service providers, agents, and/or affiliates deny any responsibility or liability for losses, damages, loss of goodwill, business failure,

personal injury or lethality, expenses, and/or other inconveniences to you for any reason whatsoever, including but not limited to a breach of contract, misrepresentation, negligence, etc. This includes indirect, incidental, and/or punitive damages, fees, fines, and/or other inconveniences that arise due to the use or access of our site.

6.11 All of the aforementioned limitations of liability are subject to the full extent of the applicable law and will not exceed the amount of money that you deposited or transferred into your account on our site.

## 7. Indemnification

7.1 By signing the agreement and using our site, you indemnify our site and associated affiliates, directors, managers, employees, etc. as deemed necessary.

7.2 You will institute amnesty for fees and expenses and withhold liabilities regarding damages, losses, and expenses that may accrue as a result of using our site and services.

7.3 You are solely responsible for any fees, costs, expenses, losses, liabilities, taxes, levies, or any other expense that Edgedale Finance may acquire as a result of your use of our site.

## 8. Complaints and Disputes

8.1 If you wish to express dissatisfaction, issue an official complaint, or to negotiate a dispute; please send an e-mail to support@edgedalefinance.com. Edgedale Finance will send an initial written response within 2-3 business days and will follow-up via e-mail and/or telephone.

## 9. Legal Restrictions

9.1 It is your responsibility to research and gain familiarity with the laws regarding internet trading in your jurisdiction, region, state, and/or country.

9.2 You acknowledge the laws and agree to take full responsibility in compliance with any law, regulation or guideline in your jurisdiction, region, state, and/or country.

9.3 You understand that you may have access to the site, but this does not mean that you are legally permitted to use our site in your jurisdiction, region, state, and/or country.

### 9.4. Anti-Money Laundering (AML) Restrictions

9.4.1 Edgedale Finance strictly prohibits money laundering, which is defined as transforming illegal methods of financial gain into a legitimate form of making a profit by filtering the money through a secondary channel.

9.4.2 You attest that your deposit and/or withdrawal on our site is not connected with money laundering, drug trafficking, kidnapping, criminal, illegal, and/or felonious activity.

9.4.3 In order to prevent money laundering, all gains will only be issued to the account holder's personal bank account or whose name appears on the credit card and funds will only be returned to the initial bank card used to make the initial deposit.

9.4.4 Funds will only be issued to the account holder once you submit all identity holder's verification requirements, as mentioned below.

9.4.5 Deposits and withdrawals are strictly prohibited under false names or false pretenses.

9.4.6 Our site may require additional proof of identity at anytime at its sole discretion, which may include a notarized copy of a passport and other similar forms of legal documentation.

## 10. Verification Documents

10.1 After you make your initial deposit, an automated welcome letter will reach your e-mail account with instructions on how to submit your verification of identity, a password for your account, and other pertinent details in order to limit risk and fraud.

10.2 You must submit all required documentation before trading.

10.3 Our risk and fraud department must approve your documentation and trading eligibility. Once approved, you will receive a phone call and/or an e-mail regarding your approval from a member of Edgedale Finance.

10.4 Our site may, at its sole discretion, request additional documentation aside from the online version of the terms and conditions that may be unique to your situation or jurisdiction.

## 11. Capacity

11.1 Edgedale Finance is the sole operator and not an agent or trustee on your behalf.

11.2 If you choose to utilize a trustee or an agent on your behalf, you must notify Edgedale Finance with a verbal and written consent. Additionally, you must provide a signed agreement from your trustee, agent, and/or representative.

12. Registration Information, Requirements, and Access

12.1 You are required to provide accurate and complete identifying information such as your phone number, state or country identification number, address, e-mail address, and other pertinent information for identification purposes.

12.2 You are responsible for the security of your internet safety, including your login information, password, and site details.

12.3 You are solely responsible for keeping your password and username confidential.

12.4 You are solely responsible for the improper or illegal use of your account, including any resulting loss due to the misuse or abuse of your account on our site, whether fraudulent or not. This includes family members or entourages who may have accessed your account.

12.5 You agree to use our site for its intended purpose and not for deviant reasons such as harassment, verbal aggression and/or slander, prejudices, obscenity, and/or other intrusive manner.

### 13. Limited License and Copyright

13.1 You will have a limited, non-transferable license to access and use our site, which is subject to the terms and conditions of this agreement.

13.2 You will lose your limited license to access our site for the following reasons a) if you fail to comply with the terms of this agreement, b) do not update our site with current e-mail or contact information, c) or if our site determines that you committed a crime on our site or trading platform.

13.3 The termination of your access to our site and your limited license may be effective immediately and without warning for any of the aforementioned reasons at our sole discretion.

### 14. Intellectual Property

14.1 The content associated with our site is copyrighted for our use and not subject to resale without a prior, written consent. This includes, but is not limited to, our logo, written content, trademark, company name, etc.

14.2 The Edgedale Finance copyright is protected by the appropriate law regarding intellectual property.

14.3 You will have access to our site under the provision that you will not resell, copy our site, or utilize it for profit beyond personal use. This includes copying, uploading, and/or posting written documents or imagery from our site, e-mails, promotional materials, banners, or any other material associated with Edgedale Finance and our site.

14.4 If you wish to copy our material for personal use and/or for sale, you are required to send a written request with your reasoning and we will consider your interest on an individual basis.

14.5 You are solely liable for any violations of this agreement, including fees and fines for copying, reprinting, distributing, and/or selling our print and web-based materials without prior written consent.

### 15. Financial Market Data and Third Party Information

15.1 Our site offers information regarding the financial market, including news, market analyses, graphs, statistics, articles, reports, market reviews, and other pertinent data as deemed useful.

15.2 Our site provides the aforementioned information regarding the financial market for your convenience and for our indemnity. We are not liable for the information retrieved from third parties including its accuracy, usefulness, or current relevance.

15.3 You are solely responsible for verifying the reliability of the financial data provided on our site.

15.4 We provide the financial information as a service only, thus the aforementioned data should not be taken as investment advice.

15.5 Our site may offer links and information from other websites, including but not limited to the aforementioned financial information. Edgedale Finance neither endorses these third party sources nor are we endorsed, sponsored, or approved by them. This information is provided solely for your convenience and it is up to you to research the potential risks involved with using the third party information or making purchases through these sites.

### 16. Banking and Finance

16. 1 General Financial Procedures

16.1.1 Edgedale Finance's risk and fraud department is committed towards consumer protection; therefore we diligently verify documentation for deposits and withdrawals prior to issuing funds or permitting trades beyond the initial deposit under 250 in any currency.

16.1.2 Deposits and Withdrawals can be made in a variety of currencies including USD, GBP, AUD, CAD, EUR, BRL.

16.1.3 Accounts permit up to 10 transactions on an individual bank card up to $10,000.00 max.

### 16.2 Fees and Additional Costs

16.2.1 Taxes and fees in your jurisdiction may be issued for the use of our services. You are solely responsible for knowing the taxation laws regarding binary options trading in your region and paying the mandated amount, as deemed necessary.

16.2.2 It is your responsibility to inquire and/or learn of any possible and potential taxes and/or costs that may be incurred by use of our site by any legal or governmental bodies in your country and/or region that would pertain to you.

16. 2.3 Active accounts will be assessed with a 3.35 monthly account maintenance fee in your currency. The fees will be deducted from the account on the first business day of each month.

16.2.4 Dormant accounts will be subject to a fee after three months of inactivity, which includes not logging into the account, making a trade, or making a transaction. A $15 monthly fee will be withdrawn on the first business day following the 91st day of dormancy. If the account is still inactive after 6-months, the account will be subject to a $50.00 monthly charge, which will start on the first business day following 6-months of inactivity.

### 16.3 Withdrawals

16.3.1 Withdrawals require a minimum withdrawal amount and are subject to a transaction fee as listed below:

Credit Cards: 100 USD/GBP/AUD/CAD/EUR/BRL withdrawal minimum.
Wire Transfers: 200 withdrawal minimum in USD/GBP/AUD/CAD/EUR/BRL.
Alternative methods: 100 USD/GBP/AUD/CAD/EUR/BRL withdrawal minimum.

16.3.2 Accounts that deposited over 250 USD/GBP/AUD/CAD/EUR/BRL and have not generated more than 100 USD/GBP/AUD/CAD/EUR/BRL in turnover will be subject to a 10% levy on the account balance in order to cover processing costs.

16.3.3 Account holders will be subject to a 42.00 USD/GBP/AUD/CAD/EUR/BRL withdrawal fee.

16.3.4 Neteller withdrawals will incur a 42.00 USD/GBP/AUD/CAD/EUR/BRL withdrawal fee and an additional 3.9% service fee from Neteller.

16.3.5 Deposits made within the last 6 months can only be withdrawn via the initial method on the initial card used to make the deposits. Any withdrawals made on accounts that deposited funds over a 6-month period will be issued via a wire transfer.

16.3.6 All profits will be dispersed via a wire transfer.

16.3.7 All transactions will reflect Edgedale Finance on bank statements.

**16. 4 Refunds**

When you open an account with Edgedale Finance the payment will be debited from your credit card immediately. If you are not satisfied with Edgedale Finance trading platform for any reason, you have the right to apply for a refund of your remaining balance. Please note that if you have received a bonus, you will have to follow the bonus T&C. If you decide to apply to refund your purchase, all logins and memberships will be deactivated. Whether your application will be approved or declined shall be at the sole discretion of Edgedale Finance . Please allow up to 48 hours for our customer support team to approach your request. Our support team will contact you to confirm your request or to ask for additional information if needed. All refunds will be issued in the form of payment in which they were made.

**17. Cancel Feature Abuse**

17.1 The cancel feature is provided for your convenience in the event that you make an accidental selection and wish to cancel a position after a few seconds of execution.

17.2 The cancel feature is for occasional errors only. Our site will consider your use of this feature system abuse if you use the feature ten times.

17.3 Edgedale Finance will suspend your activity or remove the feature from your account once you exceed 10 times of cancel feature use.

17.4 Our site is entitled to cancel your position if we suspect that you have abused the cancel feature.

**18. Automated and Semi-Automated Trading Mechanisms**

18.1 We, at Edgedale Finance, strictly prohibit the use of automatic or semi-automatic trading mechanisms such as external bots and automated traders developed in order to assist you with your trade.

18.2 If you integrate an automated or semi-automated device on the Edgedale Finance browser or platform in lieu of your personal interaction or utilize a backdoor API; we will consider your activity system abuse and we will nullify your position or cancel your account with Edgedale Finance.

**19. Communication Procedures**

19.1 We, at Edgedale Finance, are committed to a healthier environment in our business practices; therefore we have joined thousands of other organizations in a paper-free initiative.

19.2 We, at Edgedale Finance, provide convenient communication through email, a website contact us form, live chat, Skype, and local and toll-free telephone numbers.

19.3 The client is required to provide Edgedale Finance with a written notice via e-mail in order to update contact details; including phone number, address, and e-mail.

Version 1.3    Last modified October, 2015

| Edgedale Finance | EDUCATION | RESOURCES | LEGAL |
|---|---|---|---|
| About us | Beginner's Guide | Affiliates | Disclaimer |
| Corporate Pledge | Asset Index | | Expiry Rate Rules |
| Account Types | Trading Tools | | Terms & Conditions |
| Banking | Glossary | | Bonus Terms & Conditions |
| FAQ | | | Privacy Policy |

COPYRIGHT 2014 Edgedale Finance © White Label Solutions provided by Greymountain Management Ltd. 3rd Floor, Ulysses House Foley St., Dublin 1.

Risk Disclaimer: Binary Options Trading has the potential to yield high profits, yet it also involves significant risks. For this reason, Edgedale Finance advises consumers not to trade assets that they cannot afford to lose. The trading outcome is dependent upon an unpredictable market. It is possible to lose one's initial investment, thus we recommend that traders devise a money management system, including seeking professional advice, in order to protect their investments. Premium live trades are displayed with fixed selections for the convenience of the trader. Edgedale Finance encourages new and existing traders to stay informed with the terms and conditions before trading.