IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | § § § § § | |
| Plaintiff, | § § § | 1:20-cv-00908-RP |
| V. | § § § | |
| David Cartu et al, | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiff Commodity Futures Trading Commission's Motion for Leave to Conduct Limited Discovery on Issues Related to Jurisdiction filed June 6, 2022 (Doc. #79). This motion is referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the motion is set for a zoom hearing on **July 8, 2022 at 10:00 am.** Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference. The parties should be prepared to discuss at the hearing the motion as well as their efforts to resolve the disputes that gave rise to it.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motion, and they shall

then **jointly file an advisory by midnight on July 6, 2022**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issues. If the parties are able to resolve their disputes prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled.

    **SIGNED** June 21, 2022.

                                      DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATGE JUDGE