UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** *Plaintiff* § § § § | |
| v. § § | No. A-20-CV-00908-RP |
| **DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, BAREIT MEDIA LLC, BLUE MOON INVESTMENTS LTD., ORLANDO UNION INC.,** *Defendants* § § § § § § § § | |

### ORDER

Before the Court is Plaintiff Commodity Future Trading Commission's motion for jurisdictional discovery, Dkt. 79; and all related briefing. For the reasons stated on the record during the July 8, 2022, hearing on the motion, Dkt. 81, **IT IS ORDERED** that Plaintiff's motion for jurisdictional discovery is **GRANTED IN PART** and **DENIED IN PART**. In particular, the Court denies Plaintiff's requested depositions. The Court grants Plaintiff's request for Requests for Production, but limited to the following topics:

1. The targeting of customers in the U.S. by the binary options brands operated by David, Jonathan, and/or Joshua Cartu;

2. All entities and individuals acting on behalf of BeeOptions, Glenridge, and/or Rumelia; and all activities undertaken on behalf of, in the name of, or in any way associated with the operations of those brands including opening accounts to hold or transfer funds invested by individuals in the U.S.;

3. Individuals and entities acting at the direction of the David, Jonathan, and/or Joshua Cartu;

4. David, Jonathan, and Joshua's direct and indirect communications with U.S. persons in connection with the binary options transactions at issue; and

5. Any other contacts by David, Jonathan, and/or Joshua with the United States in connection with the binary options transactions at issue.

Plaintiff indicated during the hearing that it would further limit the topics above by proposing relevant search terms and date ranges. The Court trusts that the parties are capable of agreeing on reasonable parameters along the lines discussed at the hearing.

**IT IS FURTHER ORDERED** that Plaintiff shall serve its Requests for Production related to the discovery topics approved by the Court during the hearing within 7 days of this order, and Defendants David Cartu, Jonathan Cartu, and Joshua Cartu shall respond to such discovery requests within 21 days of receipt of the Requests for Production.

The referral of this case to the Magistrate Court should now be canceled.

Signed July 8, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE