IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, BLUE MOON INVESTMENTS, LTD., BAREIT MEDIA LLC D/B/A SIGNALPUSH, AND ORLANDO UNION, INC.,**<br><br>Defendants. | Case No: 1:20-CV-908-RP |

## JOINT STATUS REPORT

Plaintiff Commodity Futures Trading Commission ("CFTC") and Defendants Jonathan Cartu, David Cartu, and Joshua Cartu (the "Cartu Defendants"), respectfully submit this Joint Status Report regarding the status of jurisdictional discovery.

On July 8, 2022, Magistrate Judge Howell issued an Order granting in part and denying in part the CFTC's motion for jurisdictional discovery. (ECF No. 84.) After the CFTC served its jurisdictional discovery requests on each of the Cartu Defendants, each served responses and objections to those requests on September 6, 2022. The parties conferred by telephone regarding the responses and objections in September and October, 2022, and by the end of October 2022, each of the Cartu Defendants represented through counsel that they did not have responsive documents in their possession, custody, or control. Accordingly, jurisdictional discovery is now

1

closed, and the CFTC intends to file an Amended Complaint by the date set forth in the Court's February 2, 2023 Order. (ECF No. 87.)

The Cartu Defendants continue to reserve all rights, including but not limited to regarding jurisdiction, venue, and the power of the Court over them and the propriety of this jurisdiction.

Dated: February 16, 2023

Respectfully submitted,

| | |
|---|---|
| */s Benjamin E. Sedrish* | */s Peter A. Stokes* |
| Benjamin E. Sedrish | Peter A. Stokes |
| Elizabeth N. Pendleton | Kevin J. Harnisch (*Pro Hac Vice*) |
| Elizabeth M. Streit | Katey L. Fardelmann (*Pro Hac Vice*) |
| **Commodity Futures Trading Commission** | **NORTON ROSE FULBRIGHT US LLP** |
| 77 W Jackson Blvd., Suite 800 | 799 9th Street NW |
| Chicago, IL  60604 | Washington, DC 20001 |
| Tel. 312-596-0700 | Tel. 202-662-4520 |
| bsedrish@cftc.gov | kevin.harnisch@nortonrosefulbright.com |
| ependleton@cftc.gov | peter.stokes@nortonrosefulbright.com |
| estreit@cftc.gov | |
| | *Attorneys for Defendant David Cartu* |
| *Attorneys for Plaintiff CFTC* | |
| | |
| */s David B. Harrison* | */s Glenn C. Colton* |
| David B. Harrison (*Pro Hac Vice*) | Glenn Colton (*Pro Hac Vice*) |
| Eric H. Jaso (*Pro Hac Vice*) | Michelle J. Shapiro (*Pro Hac Vice*) |
| **SPIRO HARRISON** | **ARENT FOX LLP** |
| 830 Morris Turnpike 2nd Fl. | 1301 Avenue of the Americas, Floor 42 |
| Short Hills, NJ 07078 | New York, NY 10019 |
| Tel. 973-232-4109 | Tel. 212-484-3972 |
| Fac. 973-232-0887 | Fac. 212-484-3990 |
| dharrison@spiroharrison.com | glenn.colton@arentfox.com |
| ejaso@spiroharrison.com | michelle.shapiro@arentfox.com |
| | |
| *Attorneys for Defendant Jonathan Cartu* | *Attorneys for Defendant Joshua Cartu* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 16, 2023, a copy of the foregoing status report was served on all counsel of record via the Court's CM/ECF electronic filing system.

                                         */s Benjamin E. Sedrish*