IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-908-RP |
| DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, ALL OUT MARKETING LIMITED, BAREIT MEDIA LLC d/b/a SIGNALPUSH, BLUE MOON INVESTMENTS LTD., and ORLANDO UNION INC., | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

On March 3, 2023, Plaintiff dismissed all claims against Defendants David Cartu, Joshua Cartu, and Orlando Union, Inc. in this case without prejudice. (Dkt. 90). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served answers or motions for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). **IT IS ORDERED** that Plaintiff's claims against Defendants David Cartu, Joshua Cartu, and Orlando Union, Inc. are **DISMISSED without prejudice**.

**SIGNED** on March 7, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE