**FILED**
March 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Julie Golden____
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**JONATHAN CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, BLUE MOON INVESTMENTS, LTD., AND BAREIT MEDIA LLC D/B/A SIGNALPUSH,**<br><br>Defendants. | Case No: 1:20-CV-908-RP |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Amended Scheduling Order is issued by the Court:

1. Defendants shall answer or otherwise respond to the First Amended Complaint on or before May 19, 2023.  If any Defendant moves to dismiss the First Amended Complaint, Plaintiff shall respond to that motion on or before June 29, 2023.

2. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before July 10, 2023.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before July 10, 2023.

4. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before September 14, 2023.  Parties resisting claims for relief shall also

       file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before October 19, 2023.  All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **eleven (11) days** from the receipt of the written report of the expert's proposed testimony, or within **eleven (11)** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before December 29, 2023.

7. All dispositive motions shall be filed on or before February 15, 2024, and shall be limited to 20 pages.  Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages.  Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

8. The Court will set this case for final pretrial conference, in chambers, at a later date.  The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.  The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the pretrial conference.

9.  The case is set for jury trial commencing at 9:00 a.m. on  March 11, 2024 .

By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on  March 20 , 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE