**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>  Plaintiff,<br><br>v.<br><br>**JONATHAN CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, BAREIT MEDIA LLC D/B/A SIGNALPUSH, AND BLUE MOON INVESTMENTS, LTD.,**<br><br>  Defendants. | Case No: 1:20-CV-908-RP |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

Plaintiff Commodity Futures Trading Commission ("CFTC") and Defendants Ryan Masten and BareItMedia LLC (the "Masten Defendants," and, with the CFTC, the "Parties") respectfully request that the Court enter the Parties' mutually agreed-upon Proposed Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants Ryan Masten and BareIt Media LLC ("Proposed Consent Order"), attached hereto as Exhibit A.  In support of this Motion, the Parties state as follows:

1. Plaintiff filed the Complaint in this action on September 2, 2020 (ECF No. 1) and filed a First Amended Complaint on March 3, 2023 (ECF No. 93).

2. On July 5, 2023, at the Masten Defendants' request, the Court issued an Order staying the case against them until September 5, 2023 and requiring the Parties to file dismissal papers or a joint status report on or before that date.  (ECF No. 105.)

3.     The Proposed Consent Order, if entered, would resolve all claims against the Masten Defendants.

4.     Counsel for Jonathan Cartu, who is the only other defendant who has appeared in this litigation, does not object to entry of the Proposed Consent Order.

WHEREFORE, the Parties respectfully request that this Court enter the attached Proposed Consent Order and terminate the Masten Defendants from this litigation.

Date:  August 28, 2023

Respectfully submitted,

| | |
|---|---|
| */s Douglas Gansler* | */s Benjamin E. Sedrish* |
| Douglas Gansler | Benjamin E. Sedrish |
| Kendra Wharton | Elizabeth N. Pendleton |
| Cadwalader, Wickersham & Taft LLP | Elizabeth M. Streit |
| 700 Sixth Street, NW | Commodity Futures Trading Commission |
| Washington, DC  20001 | 77 W Jackson Blvd., Suite 800 |
| Douglas.Gansler@cwt.com | Chicago, IL  60604 |
| Kendra.Wharton@cwt.com | bsedrish@cftc.gov |
| (202) 862-2300 | ependleton@cftc.gov |
| | estreit@cftc.gov |
| | (312) 596-0700 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s Benjamin E. Sedrish