UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission<br> Plaintiff<br>v.<br><br>Jonathan Cartu, Ryan Masten, Leeav Peretz, Nati Peretz, Bareit Media, LLC d/b/a Signalpush, and Bluee Moon Investments, LTD.<br> Defendants | ' ' ' ' ' ' ' ' ' ' | Civil No. 1:20-CV-00908-RP |

## CLERK'S ENTRY OF DEFAULT

IT APPEARS from the records, as indicated in the Affidavit in Support of Motion for Entry of Default, that the above titled action was served upon the Defendants Leeav Peretz, Nati Peretz, and Blue Moon Investments LTD and IT FURTHER APPEARS that the Plaintiff's Motion for Entry of Default states said Defendants have failed to make an appearance, respond, or otherwise defend said action as directed.

NOW, THEREFORE, on Plaintiff's request, this 29th day of August 2023, DEFAULT is hereby entered against Defendants Leeav Peretz, Nati Peretz, and Blue Moon Investments LTD.

PHILIP J. DEVLIN, CLERK OF COURT
U.S. DISTRICT COURT

By: _____
Deputy Clerk