IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | |
| v. | 1:20-CV-908-RP |
| JONATHAN CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, BLUE MOON INVESTMENTS, LTD., AND BAREIT MEDIA LLC D/B/A SIGNALPUSH | |
| Defendants. | |

## AFFIRMATION OF DAVID B. HARRISON IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

I, David B. Harrison, an attorney duly admitted *pro hac vice* to practice in this Court, affirm the following under penalty of perjury:

1. I am an attorney for Defendant Jonathan Cartu ("Cartu"), and I am fully familiar with all the proceedings in this action.

2. Cartu has instructed me, as well as counsel Joe Kendall and Eric H. Jaso, to withdraw from the above-captioned action.

3. On November 14, 2023, Cartu confirmed in writing via email his instruction that I, Joe Kendall, and Eric H. Jaso withdraw our appearances in the above-captioned action. A true and accurate copy of the email is attached hereto as **Exhibit A**.

1

4.       Cartu does not have a mailing address in the United States. After discussion with Cartu, I have agreed to permit Cartu to use my office's address to receive further court-related filings in this action.

| | |
|---|---|
| Dated: December 8, 2023 | Respectfully submitted,<br><br>*/s/* David B. Harrison<br>David B. Harrison (admitted *pro hac vice*)<br><br>Spiro Harrison & Nelson<br>363 Bloomfield Avenue, Suite 2C<br>Montclair, NJ 07042<br>Tel. 973-232-0881<br>dharrison@shnlegal.com<br>*Attorneys for Defendant Jonathan Cartu* |