IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-908-RP |
| DAVID CARTU, JONATHAN CARTU, JOSHUA CARTU, RYAN MASTEN, LEEAV PERETZ, NATI PERETZ, BAREIT MEDIA LLC d/b/a SIGNALPUSH, BLUE MOON INVESTMENTS LTD., and ORLANDO UNION INC., | § § § § § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court granted Plaintiff Commodity Future Trading Commission's ("CFTC") motion for a default judgment, (Dkt. 127), as to Defendants Jonathan Cartu, Leeav Peretz, Nati Peretz, and Blue Moon Investments Ltd. Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of CFTC. CFTC shall recover the following sums against Defendants, jointly and severally:

1. Fifty-one million, one hundred fifty-five thousand, six-hundred forty-five dollars ($51,155,645) in restitution

2. One hundred fifty-three million, four hundred sixty-six thousand, nine hundred thirty-five dollars ($153,466,935) in civil monetary penalties ("CMP Obligation").

3. Permanent injunctive relief as set forth in the order granting default judgment.

4. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

All other relief requested is **DENIED**. This case is now **CLOSED.**

**SIGNED** on March 10, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE